[No. 70520-2-I. Division One. October 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK JOHN CARTMELL, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 12-1-00250-0, Alan R. Hancock, J., entered May 29, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.

[No. 70913-5-I. Division One. October 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN HOUSER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00555-0, Deborra Garrett, J., entered September 16, 2013. *Reversed* by unpublished per curiam opinion.

[No. 71293-4-I. Division One. October 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ARLIN BRUNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04628-6, Julia L. Garratt, J., entered December 13, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 71736-7-I. Division One. October 13, 2014.]

ELIZABETH DAVIS, *Appellant*, v. THE WASHINGTON STATE PATROL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-08817-4, Susan Serko, J., entered April 19, 2013. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Dwyer, J.